IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WAYNE MILES, | ) | |
| Petitioner, | ) ) | |
| v. | ) ) | NO. 3:03-631 |
| | ) | JUDGE HAYNES |
| FRED RANEY, Warden, | ) ) | |
| Respondent. | ) | |

### ORDER

In accordance with the Memorandum filed herewith, the Respondent's motion to dismiss (Docket Entry No. 32) is **GRANTED**. This action is **DISMISSED with prejudice**. The Court declines to issue a Certificate of Appealability under 28 U.S.C. §2253(c) given the clearly established and applicable Sixth Circuit precedent. Vroman v. Brigano, 346 F.3d 598, 602 (6th Cir. 2003).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 6th day of October, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge